1124

No. 00–795.  HOLDER, ACTING ATTORNEY GENERAL, ET AL. *v.* FREE SPEECH COALITION ET AL.  C. A. 9th Cir.  Certiorari granted.

No. 99–1786.  GREAT-WEST LIFE & ANNUITY INSURANCE CO. ET AL. *v.* KNUDSON ET AL.  C. A. 9th Cir.  Motions of Central States, Southeast and Southwest Areas Health and Welfare Fund and Self-Insurance Institute of America, Inc., for leave to file briefs as *amici curiae* granted.  Certiorari granted limited to Question 1 presented by the petition.

No. 00–507.  CHICKASAW NATION *v.* UNITED STATES; and CHOCTAW NATION OF OKLAHOMA *v.* UNITED STATES.  C. A. 10th Cir.  Motion of Shakopee Mdewakanton Sioux (Dakota) Community et al. for leave to file a brief as *amici curiae* granted.  Certiorari granted.